IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE BOYD N. BOLAND

Civil Action No. 06-cv-01434-DME-BNB

OTTO F. RIVERA-BOTTZECK,

Applicant,

v.

JOSEPH ORTIZ, Executive Director for DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

_____

**ORDER**
_____

This matter is before me on **Applicant/Petitioners** [sic] **PRO-SE Motion for Clarification . . . .** [Doc. # 10, filed 8/15/06] (the "Motion"). The Applicant seeks clarification of an order dated August 8, 2006, from which, the Applicant claims, "it appears . . . that this Court has decided to adjudicate this case as though it is not a Section 2254 case, but rather a regular Civil Case." *Motion*, p.2.

The Court is aware that the Applicant is proceeding on an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and is treating the action as such. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated October 3, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge