IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01434-DME-BNB

OTTO F. RIVERA-BOTTZECK,

Applicant,

v.

JOSEPH ORTIZ, Executive Director for DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

Otto Rivera-Bottzeck (the "petitioner") filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Application") on July 25, 2006 [Doc. #3]. This matter is before me on the following motions filed by the petitioner:

1. **Motion to Supplement Petition in this Case to Include the Colorado Parole Board as Additional Defendant in this Case** [Doc. #12, filed 8/31/06] (the "First Motion");

2. **Applicant's Request for an Order that Temporarily Vacates the Conviction in the Underlying Case During the Pendency in the Instant Action** [Doc. #21, filed 10/10/06] (the "Second Motion");

3. **Applicant's Pro Se Motion for this Court to Take Judicial Notice of Arguments Raised in Applicant's Pro Se Traverse in Support of Allowing this Case to Be Amended to Include the Colorado Parole Board as an Additional Respondent** [Doc. #27, filed 11/2/06] (the Third Motion"); and

    4. **Motion for Entry of Default Judgment** [Doc. #29, filed 11/15/06] (the "Fourth Motion").

In his First Motion, the petitioner states the he has been released on parole. He seeks leave to add Allan Stanley, Director of the Colorado Parole Board, as a respondent. The respondent does not object to the petitioner's request. The petitioner's request is GRANTED.

In his Second Motion, the petitioner requests that the Court temporarily vacate the state conviction underlying his Application pending resolution of the Application. This request is DENIED.

The petitioner's Third Motion requests that the Court take judicial notice of arguments raised in the traverse because they support the addition of the Director of the Colorado Parole Board as a respondent. This request is moot.

The Fourth Motion seeks entry of default judgment against respondent Joseph Ortiz. Mr. Ortiz is not in default. *Clerk's Notice* [Doc. #18, filed 10/4/06]. The request for entry of default judgment is DENIED.

IT IS ORDERED that the First Motion is GRANTED. The Clerk of the Court is directed to add Allan Stanley, Director of the Colorado Parole Board, as a respondent.

IT IS FURTHER ORDERED that the Second Motion is DENIED.

IT IS FURTHER ORDERED that Third Motion is DENIED AS MOOT.

IT IS FURTHER ORDERED that Fourth Motion is DENIED.

Dated February 23, 2007.

              BY THE COURT:

              s/ Boyd N. Boland
              United States Magistrate Judge